HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OZONE INTERNATIONAL, LLC, | No. 2:19-cv-01108-RAJ |
| Plaintiff, | |
| v. | |
| WHEATSHEAF GROUP LIMITED, | ORDER ON MOTION FOR INTRADISTRICT REASSIGNMENT AND CONSOLIDATION |
| Defendant. | |

## I. INTRODUCTION

This matter comes before the Court on Plaintiffs' Motion for Instradistrict Reassignment and Consolidation. Dkt. # 56. For the foregoing reasons, the Court **GRANTS** the request to reassign and **DENIES** without prejudice the request to consolidate.

## II. DISCUSSION

There are three cases relevant to this motion. The first is this matter, *Ozone International, LLC v. Wheatsheaf Group Limited*, No. 2:19-cv-01108-RAJ (W.D. Wash.) ("*WGUK*"). The other two are *Brandt v. Beadle*, No. 3:19-cv-06159-BHS (W.D. Wash.) ("*Brandt*") and *Ozone International, LLC v. Wheatsheaf Group US, Inc.*, No. 3:19-cv-

ORDER – 1

06155-RAJ (W.D. Wash.) ("*WGUS*").  Plaintiff Ozone International, LLC ("Ozone") and Jonathan Brandt, plaintiff in *Brandt* (collectively "Plaintiffs"), move the Court to reassign *Brandt* from the Honorable Benjamin H. Settle to the undersigned.  *Id.*  Plaintiffs also request that this Court consolidate *Brandt*, *WGUK*, and *WGUS*.  *Id.*

Pursuant to Local Rule 3(g), an action is related to another when the actions (1) concern substantially the same parties, transaction, or event and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or the potential for conflicting results if the cases are conducted before different judges.  Local Rules W.D. Wash. LCR 3(g).  A court may consolidate actions before it when there are common questions of law and fact.  Fed. R. Civ. P. 42(a)(2).

Plaintiffs here claim that *Brandt* involves "substantially the same parties" as *WGUK* and *WGUS*.  Dkt. # 56 at 9.  Mr. Brandt, the plaintiff in *Brandt*, is the CEO of Ozone and its lead negotiator for all transactions at issue in *WGUK* and *WGUS*.  Dkt. # 56 at 9.  Ozone is the plaintiff in both *WGUK* and *WGUS*.  *Id.*  The defendants in *Brandt* are the officers and directors of Wheatsheaf UK and Wheatsheaf US and were the lead negotiators of the transactions at issue in all three cases.  *Id.*  Wheatsheaf UK and Wheatsheaf US are the defendants in *WGUK* and *WGUS*, respectively.  *Id.*  All three cases stem from interrelated agreements between the parties and a Receivership.  *Id.*

Defendant Wheatsheaf Group Limited ("Defendant") argues that neither reassignment nor consolidation is proper because two of the three cases at issue are awaiting resolution of fully briefed motions to dismiss.  Dkt. # 58 at 7.  The Court agrees that consolidation is not appropriate at this time and thus denies the motion to consolidate without prejudice to re-filing once the dispositive motions have been resolved.  However, the Court finds that reassignment of *Brandt* to the undersigned is appropriate to avoid conflicting results of related cases.  Although the parties are not identical, the Court finds that they are substantially the same and involve the same transactions and events.  The Court therefore **GRANTS** Plaintiffs' motion to reassign of *Brandt v. Beadle*, No. 3:19-

ORDER – 2

cv-06159-BHS (W.D. Wash.) to the undersigned and **DENIES** consolidation without prejudice to re-filing once the dispositive motions have been resolved.

### III.  CONCLUSION

Based on the foregoing reasons, the Court **GRANTS in part** and **DENIES in part** without prejudice Plaintiffs' motion for intradistrict reassignment and consolidation.  Dkt. # 56.  The Court **GRANTS** Plaintiffs' request to reassign of *Brandt v. Beadle*, No. 3:19-cv-06159-BHS (W.D. Wash.) to the undersigned and **DENIES** without prejudice to re-filing Plaintiffs' request for consolidation pending resolution of dispositive motions.  *Id.* The Court **directs** the parties to meet and confer to discuss the possible appointment of a special master to handle discovery disputes, as noted by Plaintiffs.  *Id.* at 13.  Parties are directed to file a joint statement and include recommendations for a discovery master if the parties believe it is appropriate no later than December 28, 2020.

DATED this 7th day of December, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 3